U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

MAY 2 2 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| GLENN R. HERNANDEZ | CIVIL ACTION 13-2155 |
| VERSUS | JUDGE HAIK |
| WARDEN, LA STATE PENITENTIARY | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to Magistrate Judge Patrick Hanna for Report and Recommendation. After full consideration of the record, including the Objections filed by Glenn Hernandez, the Court concludes the Report and Recommendation of the Magistrate Judge is correct and, therefore, adopts the conclusions set forth therein. Accordingly,

Mr. Hernandez's petition is hereby **DISMISSED WITH PREJUDICE**.

**THUS DONE** and **SIGNED** on the 22nd day of May, 2014.

RICHARD T. HAIK, SR., DISTRICT COURT
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA